File Source:U.S. DEPARTMENT OF EDUCATION, NATIONAL STUDENT LOAN DATA SYSTEM (NSLDS)
File Request Date:2024-12-04 19:20:59
Student First Name:AMADA
Student Middle Initial:D
Student Last Name:CALIZ
Student Street Address 1:44 WACHUSETT ST
Student Street Address 2:
Student City:HYDE PARK
Student State Code:MA
Student Country Code:US
Student Zip Code:02136
Student Email Address:AMADA.CALIZ@GMAIL.COM
Student Home Phone Country Code:1
Student Home Phone Number:6179904531
Student Home Phone Preferred:No
Student Cell Phone Country Code:
Student Cell Phone Number:6179904531
Student Cell Phone Preferred:
Student Work Phone Country Code:
Student Work Phone Number:6173641532
Student Work Phone Preferred:
Student SULA Maximum Eligibility Period:0
Student SULA Subsidized Usage Period:0
Student SULA Remaining Eligibility Period:0
Student Enrollment Status Code:N
Student Enrollment Status Code Description:GRADUATED
Student Enrollment Status Effective Date:12/31/2013
Undergraduate Subsidized Loan Limit Flag:Close to Subsidized Limit
Undergraduate Combined Loan Limit Flag:Close to Subsidized Limit
Undergraduate Award Year:2014
Undergraduate Dependency Indicator:Independent
Undergraduate Aggregate Subsidized Total:$21,750.00
Undergraduate Aggregate Unsubsidized Total:$5,000.00
Undergraduate Aggregate Combined Total:$26,750.00
Graduate Subsidized Loan Limit Flag:No loans for category or NOT E, C, R
Graduate Combined Loan Limit Flag:No loans for category or NOT E, C, R
Graduate Award Year:
Graduate Dependency Indicator:Independent
Graduate Aggregate Subsidized Total:$0.00
Graduate Aggregate Unsubsidized Total:$0.00
Graduate Aggregate Combined Total:$0.00
Aggregate Subsidized Total (Undergraduate and Graduate):$21,750.00
Aggregate Unsubsidized Total (Undergraduate and Graduate):$5,000.00
Aggregate Combined Total (Undergraduate and Graduate):$26,750.00
Student Total All Loans Outstanding Principal:$33,719.00
Student Total All Loans Outstanding Interest:$1,387.00
Student Pell Lifetime Eligibility Used:0.000%
Student Iraq and Afghanistan Service Lifetime Eligibility Used:0.000%
Student Total All Grants:$0.00
Type Code:D1

Type Description:DIRECT STAFFORD SUBSIDIZED
Total <D1> Outstanding Principal:$0.00
Total <D1> Outstanding Interest:$0.00
Type Code:D2
Type Description:DIRECT STAFFORD UNSUBSIDIZED
Total <D2> Outstanding Principal:$0.00
Total <D2> Outstanding Interest:$0.00
Type Code:D5
Type Description:DIRECT CONSOLIDATED UNSUBSIDIZED
Total <D5> Outstanding Principal:$10,795.00
Total <D5> Outstanding Interest:$656.00
Type Code:D6
Type Description:DIRECT CONSOLIDATED SUBSIDIZED
Total <D6> Outstanding Principal:$22,924.00
Total <D6> Outstanding Interest:$731.00
Type Code:PU
Type Description:FEDERAL PERKINS
Total <PU> Outstanding Principal:$0.00
Total <PU> Outstanding Interest:$0.00
Type Code:SF
Type Description:FFEL STAFFORD SUBSIDIZED
Total <SF> Outstanding Principal:$0.00
Total <SF> Outstanding Interest:$0.00
Loan Type Code:D1
Loan Type Description:DIRECT STAFFORD SUBSIDIZED
Loan Award ID:*****1886S14G01444001
Loan Attending School Name:George Washington University
Loan Attending School OPEID:00144400
Loan Date:08/19/2013
Loan Repayment Begin Date:07/01/2014
Loan Period Begin Date:08/26/2013
Loan Period End Date:12/19/2013
Loan Amount:$2,750.00
Loan Disbursed Amount:$2,750.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$0.00
Loan Outstanding Principal Balance as of Date:09/09/2014
Loan Outstanding Interest Balance:$0.00
Loan Outstanding Interest Balance as of Date:09/09/2014
Loan Interest Rate Type Code:F
Loan Interest Rate Type Description:FIXED
Loan Interest Rate:3.86%
Loan Actual Interest Rate:3.86%
Loan Statutory Interest Rate:3.86%
Loan Repayment Plan Type Code:SF
Loan Repayment Plan Type Code Description:STANDARD REPAYMENT
Loan Repayment Plan Begin Date:07/06/2014
Loan Repayment Plan Scheduled Amount:$29.00
Loan Repayment Plan IDR Plan Anniversary Date:

Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:08/15/2014
Loan Next Payment Due Date:
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0
Academic Level:Fifth Year
Additional Unsubsidized Loan Flag:No Denial
Award Year:2014
Capitalized Interest:$53.00
Net Loan Amount:$2,750.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:$0.00
Calculated Unsubsidized Aggregate OPB:
Calculated Combined Aggregate OPB:
UpdtDt:04/06/2023
DelinqDate:
Current Loan Status:PN
Current Loan Status Description:NON-DEFAULTED, PAID IN FULL THROUGH CONSOLIDATION
LOAN
Highest Historical Outstanding Principal Balance (OPB):
Current Standard-Standard Schedule Payment Amount:$0.00
Permanent Standard-Standard Schedule Payment Amount:$0.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:PN
Loan Status Description:NON-DEFAULTED, PAID IN FULL THROUGH CONSOLIDATION LOAN
Loan Status Effective Date:09/09/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:07/01/2014
Loan Status:IG
Loan Status Description:IN GRACE PERIOD
Loan Status Effective Date:01/01/2014
Loan Status:IA
Loan Status Description:LOAN ORIGINATED
Loan Status Effective Date:08/19/2013
Loan Disbursement Date:08/19/2013
Loan Disbursement Amount:$2,750.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:580
Loan Contact Name:DEPT OF ED/NELNET
Loan Contact Street Address 1:121 S 13th Street
Loan Contact Street Address 2:
Loan Contact City:Lincoln
Loan Contact State Code:NE
Loan Contact Zip Code:68508
Loan Contact Phone Number:888-486-4722
Loan Contact Phone Extension:

Loan Contact Email Address:nelnetcustomersolutions@nelnet.studentaid.gov
Loan Contact Web Site Address:https://nelnet.studentaid.gov
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D2
Loan Type Description:DIRECT STAFFORD UNSUBSIDIZED
Loan Award ID:*****1886U14G01444001
Loan Attending School Name:George Washington University
Loan Attending School OPEID:00144400
Loan Date:08/19/2013
Loan Repayment Begin Date:07/01/2014
Loan Period Begin Date:08/26/2013
Loan Period End Date:12/19/2013
Loan Amount:$1,000.00
Loan Disbursed Amount:$1,000.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$0.00
Loan Outstanding Principal Balance as of Date:09/09/2014
Loan Outstanding Interest Balance:$0.00
Loan Outstanding Interest Balance as of Date:09/09/2014
Loan Interest Rate Type Code:F
Loan Interest Rate Type Description:FIXED
Loan Interest Rate:3.86%
Loan Actual Interest Rate:3.86%
Loan Statutory Interest Rate:3.86%
Loan Repayment Plan Type Code:SF
Loan Repayment Plan Type Code Description:STANDARD REPAYMENT
Loan Repayment Plan Begin Date:07/06/2014
Loan Repayment Plan Scheduled Amount:$11.00
Loan Repayment Plan IDR Plan Anniversary Date:
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:08/15/2014
Loan Next Payment Due Date:
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0
Academic Level:Fifth Year
Additional Unsubsidized Loan Flag:No Denial
Award Year:2014
Capitalized Interest:$33.00
Net Loan Amount:$1,000.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:
Calculated Unsubsidized Aggregate OPB:$0.00
Calculated Combined Aggregate OPB:
UpdtDt:04/06/2023
DelinqDate:

Current Loan Status:PN
Current Loan Status Description:NON-DEFAULTED, PAID IN FULL THROUGH CONSOLIDATION
LOAN
Highest Historical Outstanding Principal Balance (OPB):
Current Standard-Standard Schedule Payment Amount:$0.00
Permanent Standard-Standard Schedule Payment Amount:$0.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:PN
Loan Status Description:NON-DEFAULTED, PAID IN FULL THROUGH CONSOLIDATION LOAN
Loan Status Effective Date:09/09/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:07/01/2014
Loan Status:IG
Loan Status Description:IN GRACE PERIOD
Loan Status Effective Date:01/01/2014
Loan Status:IA
Loan Status Description:LOAN ORIGINATED
Loan Status Effective Date:08/19/2013
Loan Disbursement Date:08/19/2013
Loan Disbursement Amount:$1,000.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:580
Loan Contact Name:DEPT OF ED/NELNET
Loan Contact Street Address 1:121 S 13th Street
Loan Contact Street Address 2:
Loan Contact City:Lincoln
Loan Contact State Code:NE
Loan Contact Zip Code:68508
Loan Contact Phone Number:888-486-4722
Loan Contact Phone Extension:
Loan Contact Email Address:nelnetcustomersolutions@nelnet.studentaid.gov
Loan Contact Web Site Address:https://nelnet.studentaid.gov
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D1
Loan Type Description:DIRECT STAFFORD SUBSIDIZED
Loan Award ID:*****1886S13G01444001
Loan Attending School Name:George Washington University
Loan Attending School OPEID:00144400
Loan Date:08/20/2012
Loan Repayment Begin Date:07/01/2014
Loan Period Begin Date:08/28/2012
Loan Period End Date:05/14/2013
Loan Amount:$5,500.00
Loan Disbursed Amount:$5,500.00
Loan Canceled Amount:$0.00
Loan Canceled Date:

Loan Outstanding Principal Balance:$0.00
Loan Outstanding Principal Balance as of Date:09/09/2014
Loan Outstanding Interest Balance:$0.00
Loan Outstanding Interest Balance as of Date:09/09/2014
Loan Interest Rate Type Code:F
Loan Interest Rate Type Description:FIXED
Loan Interest Rate:3.40%
Loan Actual Interest Rate:3.40%
Loan Statutory Interest Rate:3.40%
Loan Repayment Plan Type Code:SF
Loan Repayment Plan Type Code Description:STANDARD REPAYMENT
Loan Repayment Plan Begin Date:07/06/2014
Loan Repayment Plan Scheduled Amount:$58.00
Loan Repayment Plan IDR Plan Anniversary Date:
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:08/15/2014
Loan Next Payment Due Date:
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0
Academic Level:Fifth Year
Additional Unsubsidized Loan Flag:No Denial
Award Year:2013
Capitalized Interest:$93.00
Net Loan Amount:$5,500.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:$0.00
Calculated Unsubsidized Aggregate OPB:
Calculated Combined Aggregate OPB:
UpdtDt:04/06/2023
DelinqDate:
Current Loan Status:PN
Current Loan Status Description:NON-DEFAULTED, PAID IN FULL THROUGH CONSOLIDATION
LOAN
Highest Historical Outstanding Principal Balance (OPB):
Current Standard-Standard Schedule Payment Amount:$0.00
Permanent Standard-Standard Schedule Payment Amount:$0.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:PN
Loan Status Description:NON-DEFAULTED, PAID IN FULL THROUGH CONSOLIDATION LOAN
Loan Status Effective Date:09/09/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:07/01/2014
Loan Status:IG
Loan Status Description:IN GRACE PERIOD
Loan Status Effective Date:01/01/2014
Loan Status:IA

Loan Status Description:LOAN ORIGINATED
Loan Status Effective Date:08/20/2012
Loan Disbursement Date:01/09/2013
Loan Disbursement Amount:$2,750.00
Loan Disbursement Date:08/20/2012
Loan Disbursement Amount:$2,750.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:580
Loan Contact Name:DEPT OF ED/NELNET
Loan Contact Street Address 1:121 S 13th Street
Loan Contact Street Address 2:
Loan Contact City:Lincoln
Loan Contact State Code:NE
Loan Contact Zip Code:68508
Loan Contact Phone Number:888-486-4722
Loan Contact Phone Extension:
Loan Contact Email Address:nelnetcustomersolutions@nelnet.studentaid.gov
Loan Contact Web Site Address:https://nelnet.studentaid.gov
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D2
Loan Type Description:DIRECT STAFFORD UNSUBSIDIZED
Loan Award ID:*****1886U13G01444001
Loan Attending School Name:George Washington University
Loan Attending School OPEID:00144400
Loan Date:08/20/2012
Loan Repayment Begin Date:07/01/2014
Loan Period Begin Date:08/28/2012
Loan Period End Date:05/14/2013
Loan Amount:$2,000.00
Loan Disbursed Amount:$2,000.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$0.00
Loan Outstanding Principal Balance as of Date:09/09/2014
Loan Outstanding Interest Balance:$0.00
Loan Outstanding Interest Balance as of Date:09/09/2014
Loan Interest Rate Type Code:F
Loan Interest Rate Type Description:FIXED
Loan Interest Rate:6.80%
Loan Actual Interest Rate:6.80%
Loan Statutory Interest Rate:6.80%
Loan Repayment Plan Type Code:SF
Loan Repayment Plan Type Code Description:STANDARD REPAYMENT
Loan Repayment Plan Begin Date:07/06/2014
Loan Repayment Plan Scheduled Amount:$23.00
Loan Repayment Plan IDR Plan Anniversary Date:
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:

Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:08/15/2014
Loan Next Payment Due Date:
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0
Academic Level:Fifth Year
Additional Unsubsidized Loan Flag:No Denial
Award Year:2013
Capitalized Interest:$227.00
Net Loan Amount:$2,000.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:
Calculated Unsubsidized Aggregate OPB:$0.00
Calculated Combined Aggregate OPB:
UpdtDt:04/06/2023
DelinqDate:
Current Loan Status:PN
Current Loan Status Description:NON-DEFAULTED, PAID IN FULL THROUGH CONSOLIDATION
LOAN
Highest Historical Outstanding Principal Balance (OPB):
Current Standard-Standard Schedule Payment Amount:$0.00
Permanent Standard-Standard Schedule Payment Amount:$0.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:PN
Loan Status Description:NON-DEFAULTED, PAID IN FULL THROUGH CONSOLIDATION LOAN
Loan Status Effective Date:09/09/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:07/01/2014
Loan Status:IG
Loan Status Description:IN GRACE PERIOD
Loan Status Effective Date:01/01/2014
Loan Status:IA
Loan Status Description:LOAN ORIGINATED
Loan Status Effective Date:08/20/2012
Loan Disbursement Date:01/09/2013
Loan Disbursement Amount:$1,000.00
Loan Disbursement Date:08/20/2012
Loan Disbursement Amount:$1,000.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:580
Loan Contact Name:DEPT OF ED/NELNET
Loan Contact Street Address 1:121 S 13th Street
Loan Contact Street Address 2:
Loan Contact City:Lincoln
Loan Contact State Code:NE
Loan Contact Zip Code:68508
Loan Contact Phone Number:888-486-4722
Loan Contact Phone Extension:

Loan Contact Email Address:nelnetcustomersolutions@nelnet.studentaid.gov
Loan Contact Web Site Address:https://nelnet.studentaid.gov
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:PU
Loan Type Description:FEDERAL PERKINS
Loan Award ID:*****0207418860013
Loan Attending School Name:George Washington University
Loan Attending School OPEID:00144400
Loan Date:08/20/2012
Loan Repayment Begin Date:09/01/2014
Loan Period Begin Date:07/01/2012
Loan Period End Date:06/30/2013
Loan Amount:$2,000.00
Loan Disbursed Amount:$2,000.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$0.00
Loan Outstanding Principal Balance as of Date:09/09/2014
Loan Outstanding Interest Balance:$0.00
Loan Outstanding Interest Balance as of Date:
Loan Interest Rate Type Code:
Loan Interest Rate Type Description:
Loan Interest Rate:5.00%
Loan Actual Interest Rate:
Loan Statutory Interest Rate:5.00%
Loan Repayment Plan Type Code:
Loan Repayment Plan Type Code Description:
Loan Repayment Plan Begin Date:
Loan Repayment Plan Scheduled Amount:$0.00
Loan Repayment Plan IDR Plan Anniversary Date:
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:
Loan Next Payment Due Date:
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0
Academic Level:Fifth Year
Additional Unsubsidized Loan Flag:No Denial
Award Year:2013
Capitalized Interest:$0.00
Net Loan Amount:$2,000.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:
Calculated Unsubsidized Aggregate OPB:
Calculated Combined Aggregate OPB:
UpdtDt:11/02/2015
DelinqDate:

Current Loan Status:PN
Current Loan Status Description:NON-DEFAULTED, PAID IN FULL THROUGH CONSOLIDATION
LOAN
Highest Historical Outstanding Principal Balance (OPB):
Current Standard-Standard Schedule Payment Amount:$0.00
Permanent Standard-Standard Schedule Payment Amount:$0.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:PN
Loan Status Description:NON-DEFAULTED, PAID IN FULL THROUGH CONSOLIDATION LOAN
Loan Status Effective Date:09/09/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:09/01/2014
Loan Status:IG
Loan Status Description:IN GRACE PERIOD
Loan Status Effective Date:12/01/2013
Loan Status:IA
Loan Status Description:LOAN ORIGINATED
Loan Status Effective Date:08/20/2012
Loan Disbursement Date:05/03/2013
Loan Disbursement Amount:$800.00
Loan Disbursement Date:01/09/2013
Loan Disbursement Amount:$600.00
Loan Disbursement Date:08/20/2012
Loan Disbursement Amount:$600.00
Loan Contact Type:Attending School
Loan Contact Code:00144400
Loan Contact Name:George Washington University
Loan Contact Street Address 1:2121 I ST NW #304
Loan Contact Street Address 2:
Loan Contact City:WASHINGTON
Loan Contact State Code:DC
Loan Contact Zip Code:20052
Loan Contact Phone Number:571-553-0042
Loan Contact Phone Extension:
Loan Contact Email Address:perkloan@gwu.edu
Loan Contact Web Site Address:
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D1
Loan Type Description:DIRECT STAFFORD SUBSIDIZED
Loan Award ID:*****1886S12G01444001
Loan Attending School Name:George Washington University
Loan Attending School OPEID:00144400
Loan Date:01/10/2012
Loan Repayment Begin Date:07/01/2014
Loan Period Begin Date:08/29/2011
Loan Period End Date:05/15/2012

Loan Amount:$5,500.00
Loan Disbursed Amount:$5,500.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$0.00
Loan Outstanding Principal Balance as of Date:09/09/2014
Loan Outstanding Interest Balance:$0.00
Loan Outstanding Interest Balance as of Date:09/09/2014
Loan Interest Rate Type Code:F
Loan Interest Rate Type Description:FIXED
Loan Interest Rate:3.40%
Loan Actual Interest Rate:3.40%
Loan Statutory Interest Rate:3.40%
Loan Repayment Plan Type Code:SF
Loan Repayment Plan Type Code Description:STANDARD REPAYMENT
Loan Repayment Plan Begin Date:07/06/2014
Loan Repayment Plan Scheduled Amount:$57.00
Loan Repayment Plan IDR Plan Anniversary Date:
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:08/15/2014
Loan Next Payment Due Date:
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0
Academic Level:Fourth Year
Additional Unsubsidized Loan Flag:No Denial
Award Year:2012
Capitalized Interest:$0.00
Net Loan Amount:$5,500.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:$0.00
Calculated Unsubsidized Aggregate OPB:
Calculated Combined Aggregate OPB:
UpdtDt:04/06/2023
DelinqDate:
Current Loan Status:PN
Current Loan Status Description:NON-DEFAULTED, PAID IN FULL THROUGH CONSOLIDATION
LOAN
Highest Historical Outstanding Principal Balance (OPB):
Current Standard-Standard Schedule Payment Amount:$0.00
Permanent Standard-Standard Schedule Payment Amount:$0.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:PN
Loan Status Description:NON-DEFAULTED, PAID IN FULL THROUGH CONSOLIDATION LOAN
Loan Status Effective Date:09/09/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:07/01/2014

Loan Status:IG
Loan Status Description:IN GRACE PERIOD
Loan Status Effective Date:01/01/2014
Loan Status:IA
Loan Status Description:LOAN ORIGINATED
Loan Status Effective Date:01/10/2012
Loan Disbursement Date:01/10/2012
Loan Disbursement Amount:$5,500.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:580
Loan Contact Name:DEPT OF ED/NELNET
Loan Contact Street Address 1:121 S 13th Street
Loan Contact Street Address 2:
Loan Contact City:Lincoln
Loan Contact State Code:NE
Loan Contact Zip Code:68508
Loan Contact Phone Number:888-486-4722
Loan Contact Phone Extension:
Loan Contact Email Address:nelnetcustomersolutions@nelnet.studentaid.gov
Loan Contact Web Site Address:https://nelnet.studentaid.gov
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D1
Loan Type Description:DIRECT STAFFORD SUBSIDIZED
Loan Award ID:*****1886S11G01444001
Loan Attending School Name:George Washington University
Loan Attending School OPEID:00144400
Loan Date:08/25/2010
Loan Repayment Begin Date:07/01/2014
Loan Period Begin Date:08/30/2010
Loan Period End Date:05/10/2011
Loan Amount:$4,500.00
Loan Disbursed Amount:$4,500.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$0.00
Loan Outstanding Principal Balance as of Date:09/09/2014
Loan Outstanding Interest Balance:$0.00
Loan Outstanding Interest Balance as of Date:09/09/2014
Loan Interest Rate Type Code:F
Loan Interest Rate Type Description:FIXED
Loan Interest Rate:4.50%
Loan Actual Interest Rate:4.50%
Loan Statutory Interest Rate:4.50%
Loan Repayment Plan Type Code:SF
Loan Repayment Plan Type Code Description:STANDARD REPAYMENT
Loan Repayment Plan Begin Date:07/06/2014
Loan Repayment Plan Scheduled Amount:$46.00
Loan Repayment Plan IDR Plan Anniversary Date:

Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:08/15/2014
Loan Next Payment Due Date:
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0
Academic Level:Second Year
Additional Unsubsidized Loan Flag:No Denial
Award Year:2011
Capitalized Interest:$0.00
Net Loan Amount:$4,500.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:$0.00
Calculated Unsubsidized Aggregate OPB:
Calculated Combined Aggregate OPB:
UpdtDt:04/06/2023
DelinqDate:
Current Loan Status:PN
Current Loan Status Description:NON-DEFAULTED, PAID IN FULL THROUGH CONSOLIDATION
LOAN
Highest Historical Outstanding Principal Balance (OPB):
Current Standard-Standard Schedule Payment Amount:$0.00
Permanent Standard-Standard Schedule Payment Amount:$0.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:PN
Loan Status Description:NON-DEFAULTED, PAID IN FULL THROUGH CONSOLIDATION LOAN
Loan Status Effective Date:09/09/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:07/01/2014
Loan Status:IG
Loan Status Description:IN GRACE PERIOD
Loan Status Effective Date:01/01/2014
Loan Status:IA
Loan Status Description:LOAN ORIGINATED
Loan Status Effective Date:08/25/2010
Loan Disbursement Date:01/06/2011
Loan Disbursement Amount:$2,250.00
Loan Disbursement Date:08/25/2010
Loan Disbursement Amount:$2,250.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:580
Loan Contact Name:DEPT OF ED/NELNET
Loan Contact Street Address 1:121 S 13th Street
Loan Contact Street Address 2:
Loan Contact City:Lincoln
Loan Contact State Code:NE
Loan Contact Zip Code:68508

Loan Contact Phone Number:888-486-4722
Loan Contact Phone Extension:
Loan Contact Email Address:nelnetcustomersolutions@nelnet.studentaid.gov
Loan Contact Web Site Address:https://nelnet.studentaid.gov
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D2
Loan Type Description:DIRECT STAFFORD UNSUBSIDIZED
Loan Award ID:*****1886U11G01444001
Loan Attending School Name:George Washington University
Loan Attending School OPEID:00144400
Loan Date:08/25/2010
Loan Repayment Begin Date:07/01/2014
Loan Period Begin Date:08/30/2010
Loan Period End Date:05/10/2011
Loan Amount:$2,000.00
Loan Disbursed Amount:$2,000.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$0.00
Loan Outstanding Principal Balance as of Date:09/09/2014
Loan Outstanding Interest Balance:$0.00
Loan Outstanding Interest Balance as of Date:09/09/2014
Loan Interest Rate Type Code:F
Loan Interest Rate Type Description:FIXED
Loan Interest Rate:6.80%
Loan Actual Interest Rate:6.80%
Loan Statutory Interest Rate:6.80%
Loan Repayment Plan Type Code:SF
Loan Repayment Plan Type Code Description:STANDARD REPAYMENT
Loan Repayment Plan Begin Date:07/06/2014
Loan Repayment Plan Scheduled Amount:$26.00
Loan Repayment Plan IDR Plan Anniversary Date:
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:08/15/2014
Loan Next Payment Due Date:
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0
Academic Level:Second Year
Additional Unsubsidized Loan Flag:No Denial
Award Year:2011
Capitalized Interest:$499.00
Net Loan Amount:$2,000.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:
Calculated Unsubsidized Aggregate OPB:$0.00
Calculated Combined Aggregate OPB:

UpdtDt:04/06/2023
DelinqDate:
Current Loan Status:PN
Current Loan Status Description:NON-DEFAULTED, PAID IN FULL THROUGH CONSOLIDATION
LOAN
Highest Historical Outstanding Principal Balance (OPB):
Current Standard-Standard Schedule Payment Amount:$0.00
Permanent Standard-Standard Schedule Payment Amount:$0.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:PN
Loan Status Description:NON-DEFAULTED, PAID IN FULL THROUGH CONSOLIDATION LOAN
Loan Status Effective Date:09/09/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:07/01/2014
Loan Status:IG
Loan Status Description:IN GRACE PERIOD
Loan Status Effective Date:01/01/2014
Loan Status:IA
Loan Status Description:LOAN ORIGINATED
Loan Status Effective Date:08/25/2010
Loan Disbursement Date:01/06/2011
Loan Disbursement Amount:$1,000.00
Loan Disbursement Date:08/25/2010
Loan Disbursement Amount:$1,000.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:580
Loan Contact Name:DEPT OF ED/NELNET
Loan Contact Street Address 1:121 S 13th Street
Loan Contact Street Address 2:
Loan Contact City:Lincoln
Loan Contact State Code:NE
Loan Contact Zip Code:68508
Loan Contact Phone Number:888-486-4722
Loan Contact Phone Extension:
Loan Contact Email Address:nelnetcustomersolutions@nelnet.studentaid.gov
Loan Contact Web Site Address:https://nelnet.studentaid.gov
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:PU
Loan Type Description:FEDERAL PERKINS
Loan Award ID:*****0207418860011
Loan Attending School Name:George Washington University
Loan Attending School OPEID:00144400
Loan Date:08/25/2010
Loan Repayment Begin Date:09/01/2014
Loan Period Begin Date:07/01/2010
Loan Period End Date:06/30/2011

Loan Amount:$2,000.00
Loan Disbursed Amount:$2,000.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$0.00
Loan Outstanding Principal Balance as of Date:09/09/2014
Loan Outstanding Interest Balance:$0.00
Loan Outstanding Interest Balance as of Date:
Loan Interest Rate Type Code:
Loan Interest Rate Type Description:
Loan Interest Rate:5.00%
Loan Actual Interest Rate:
Loan Statutory Interest Rate:5.00%
Loan Repayment Plan Type Code:
Loan Repayment Plan Type Code Description:
Loan Repayment Plan Begin Date:
Loan Repayment Plan Scheduled Amount:$0.00
Loan Repayment Plan IDR Plan Anniversary Date:
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:
Loan Next Payment Due Date:
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0
Academic Level:Second Year
Additional Unsubsidized Loan Flag:No Denial
Award Year:2011
Capitalized Interest:$0.00
Net Loan Amount:$2,000.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:
Calculated Unsubsidized Aggregate OPB:
Calculated Combined Aggregate OPB:
UpdtDt:11/02/2015
DelinqDate:
Current Loan Status:PN
Current Loan Status Description:NON-DEFAULTED, PAID IN FULL THROUGH CONSOLIDATION
LOAN
Highest Historical Outstanding Principal Balance (OPB):
Current Standard-Standard Schedule Payment Amount:$0.00
Permanent Standard-Standard Schedule Payment Amount:$0.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:PN
Loan Status Description:NON-DEFAULTED, PAID IN FULL THROUGH CONSOLIDATION LOAN
Loan Status Effective Date:09/09/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:09/01/2014

```
Loan Status:IG
Loan Status Description:IN GRACE PERIOD
Loan Status Effective Date:12/01/2013
Loan Status:IA
Loan Status Description:LOAN ORIGINATED
Loan Status Effective Date:08/25/2010
Loan Disbursement Date:01/09/2011
Loan Disbursement Amount:$1,000.00
Loan Disbursement Date:08/25/2010
Loan Disbursement Amount:$1,000.00
Loan Contact Type:Attending School
Loan Contact Code:00144400
Loan Contact Name:George Washington University
Loan Contact Street Address 1:2121 I ST NW #304
Loan Contact Street Address 2:
Loan Contact City:WASHINGTON
Loan Contact State Code:DC
Loan Contact Zip Code:20052
Loan Contact Phone Number:571-553-0042
Loan Contact Phone Extension:
Loan Contact Email Address:perkloan@gwu.edu
Loan Contact Web Site Address:
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:SF
Loan Type Description:FFEL STAFFORD SUBSIDIZED
Loan Award ID:*****1886110001444001
Loan Attending School Name:George Washington University
Loan Attending School OPEID:00144400
Loan Date:08/25/2009
Loan Repayment Begin Date:07/01/2014
Loan Period Begin Date:08/31/2009
Loan Period End Date:05/11/2010
Loan Amount:$3,500.00
Loan Disbursed Amount:$3,500.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$0.00
Loan Outstanding Principal Balance as of Date:09/09/2014
Loan Outstanding Interest Balance:$0.00
Loan Outstanding Interest Balance as of Date:09/09/2014
Loan Interest Rate Type Code:F
Loan Interest Rate Type Description:FIXED
Loan Interest Rate:5.60%
Loan Actual Interest Rate:5.60%
Loan Statutory Interest Rate:5.60%
Loan Repayment Plan Type Code:FF
Loan Repayment Plan Type Code Description:STANDARD REPAYMENT
Loan Repayment Plan Begin Date:07/06/2014
```

Loan Repayment Plan Scheduled Amount:$50.00
Loan Repayment Plan IDR Plan Anniversary Date:
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:08/15/2014
Loan Next Payment Due Date:
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0
Academic Level:First Year
Additional Unsubsidized Loan Flag:No Denial
Award Year:2010
Capitalized Interest:$0.00
Net Loan Amount:$3,500.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:$0.00
Calculated Unsubsidized Aggregate OPB:
Calculated Combined Aggregate OPB:
UpdtDt:04/06/2023
DelinqDate:
Current Loan Status:PN
Current Loan Status Description:NON-DEFAULTED, PAID IN FULL THROUGH CONSOLIDATION
LOAN
Highest Historical Outstanding Principal Balance (OPB):
Current Standard-Standard Schedule Payment Amount:$0.00
Permanent Standard-Standard Schedule Payment Amount:$0.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:PN
Loan Status Description:NON-DEFAULTED, PAID IN FULL THROUGH CONSOLIDATION LOAN
Loan Status Effective Date:09/09/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:07/01/2014
Loan Status:IG
Loan Status Description:IN GRACE PERIOD
Loan Status Effective Date:01/01/2014
Loan Status:IA
Loan Status Description:LOAN ORIGINATED
Loan Status Effective Date:08/25/2009
Loan Disbursement Date:01/07/2010
Loan Disbursement Amount:$1,750.00
Loan Disbursement Date:08/27/2009
Loan Disbursement Amount:$1,750.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:580
Loan Contact Name:DEPT OF ED/NELNET
Loan Contact Street Address 1:121 S 13th Street
Loan Contact Street Address 2:
Loan Contact City:Lincoln

Loan Contact State Code:NE
Loan Contact Zip Code:68508
Loan Contact Phone Number:888-486-4722
Loan Contact Phone Extension:
Loan Contact Email Address:nelnetcustomersolutions@nelnet.studentaid.gov
Loan Contact Web Site Address:https://nelnet.studentaid.gov
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Contact Type:Current Servicer
Loan Contact Code:700581
Loan Contact Name:DEPT OF ED/GREAT LAKES (CLOSED)
Loan Contact Street Address 1:P.O. BOX 790321
Loan Contact Street Address 2:
Loan Contact City:ST. LOUIS
Loan Contact State Code:MO
Loan Contact Zip Code:63179(0321)
Loan Contact Phone Number:800-236-4300
Loan Contact Phone Extension:
Loan Contact Email Address:
Loan Contact Web Site Address:http://mygreatlakes.org
Most Relevant:No
Loan Special Contact Reason:
Loan Special Contact:
Loan Contact Type:Current Lender
Loan Contact Code:897577
Loan Contact Name:U.S. DEPT OF EDUCATION/2009-2010 LPCP
Loan Contact Street Address 1:830 FIRST ST. NE
Loan Contact Street Address 2:
Loan Contact City:WASHINGTON
Loan Contact State Code:DC
Loan Contact Zip Code:20202(0000)
Loan Contact Phone Number:2023773322
Loan Contact Phone Extension:
Loan Contact Email Address:
Loan Contact Web Site Address:
Most Relevant:No
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D5
Loan Type Description:DIRECT CONSOLIDATED UNSUBSIDIZED
Loan Award ID:*****1886U14G77778302
Loan Attending School Name:SCHOOL CODE FOR CONSOLIDATION LOANS
Loan Attending School OPEID:88888800
Loan Date:09/09/2014
Loan Repayment Begin Date:09/09/2014
Loan Period Begin Date:
Loan Period End Date:
Loan Amount:$9,773.00
Loan Disbursed Amount:$9,773.00

Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$10,795.00
Loan Outstanding Principal Balance as of Date:11/06/2024
Loan Outstanding Interest Balance:$656.00
Loan Outstanding Interest Balance as of Date:11/06/2024
Loan Interest Rate Type Code:F
Loan Interest Rate Type Description:FIXED
Loan Interest Rate:4.63%
Loan Actual Interest Rate:4.63%
Loan Statutory Interest Rate:4.63%
Loan Repayment Plan Type Code:IB
Loan Repayment Plan Type Code Description:INCOME-BASED REPAYMENT
Loan Repayment Plan Begin Date:06/28/2019
Loan Repayment Plan Scheduled Amount:$110.00
Loan Repayment Plan IDR Plan Anniversary Date:03/01/2025
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:08/28/2024
Loan Next Payment Due Date:03/28/2025
Loan Cumulative Payment Amount:$1,528.00
Loan PSLF Cumulative Matched Months:0
Academic Level:Not Available
Additional Unsubsidized Loan Flag:No Denial
Award Year:2015
Capitalized Interest:$1,022.00
Net Loan Amount:$9,773.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:
Calculated Unsubsidized Aggregate OPB:$5,000.00
Calculated Combined Aggregate OPB:$5,000.00
UpdtDt:11/09/2024
DelinqDate:
Current Loan Status:BK
Current Loan Status Description:BANKRUPTCY CLAIM, ACTIVE
Highest Historical Outstanding Principal Balance (OPB):$10,795.00
Current Standard-Standard Schedule Payment Amount:$103.00
Permanent Standard-Standard Schedule Payment Amount:$110.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:No
Loan Status:BK
Loan Status Description:BANKRUPTCY CLAIM, ACTIVE
Loan Status Effective Date:08/30/2024
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:09/29/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:09/26/2023

Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:09/01/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:09/09/2014
Loan Disbursement Date:09/09/2014
Loan Disbursement Amount:$9,773.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:580
Loan Contact Name:DEPT OF ED/NELNET
Loan Contact Street Address 1:121 S 13th Street
Loan Contact Street Address 2:
Loan Contact City:Lincoln
Loan Contact State Code:NE
Loan Contact Zip Code:68508
Loan Contact Phone Number:888-486-4722
Loan Contact Phone Extension:
Loan Contact Email Address:nelnetcustomersolutions@nelnet.studentaid.gov
Loan Contact Web Site Address:https://nelnet.studentaid.gov
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D6
Loan Type Description:DIRECT CONSOLIDATED SUBSIDIZED
Loan Award ID:*****1886S14G77778302
Loan Attending School Name:SCHOOL CODE FOR CONSOLIDATION LOANS
Loan Attending School OPEID:88888800
Loan Date:09/09/2014
Loan Repayment Begin Date:09/09/2014
Loan Period Begin Date:
Loan Period End Date:
Loan Amount:$21,839.00
Loan Disbursed Amount:$21,839.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$22,924.00
Loan Outstanding Principal Balance as of Date:11/06/2024
Loan Outstanding Interest Balance:$731.00
Loan Outstanding Interest Balance as of Date:11/06/2024
Loan Interest Rate Type Code:F
Loan Interest Rate Type Description:FIXED
Loan Interest Rate:4.63%
Loan Actual Interest Rate:4.63%
Loan Statutory Interest Rate:4.63%
Loan Repayment Plan Type Code:IB
Loan Repayment Plan Type Code Description:INCOME-BASED REPAYMENT
Loan Repayment Plan Begin Date:06/28/2019
Loan Repayment Plan Scheduled Amount:$239.00
Loan Repayment Plan IDR Plan Anniversary Date:03/01/2025

Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:08/28/2024
Loan Next Payment Due Date:03/28/2025
Loan Cumulative Payment Amount:$2,348.00
Loan PSLF Cumulative Matched Months:0
Academic Level:Not Available
Additional Unsubsidized Loan Flag:No Denial
Award Year:2015
Capitalized Interest:$1,086.00
Net Loan Amount:$21,839.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:$21,750.00
Calculated Unsubsidized Aggregate OPB:
Calculated Combined Aggregate OPB:$21,750.00
UpdtDt:11/09/2024
DelinqDate:
Current Loan Status:BK
Current Loan Status Description:BANKRUPTCY CLAIM, ACTIVE
Highest Historical Outstanding Principal Balance (OPB):$22,924.00
Current Standard-Standard Schedule Payment Amount:$230.00
Permanent Standard-Standard Schedule Payment Amount:$239.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:No
Loan Status:BK
Loan Status Description:BANKRUPTCY CLAIM, ACTIVE
Loan Status Effective Date:08/30/2024
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:09/29/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:09/26/2023
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:09/01/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:09/09/2014
Loan Disbursement Date:09/09/2014
Loan Disbursement Amount:$21,839.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:580
Loan Contact Name:DEPT OF ED/NELNET
Loan Contact Street Address 1:121 S 13th Street
Loan Contact Street Address 2:
Loan Contact City:Lincoln
Loan Contact State Code:NE
Loan Contact Zip Code:68508

Loan Contact Phone Number:888-486-4722
Loan Contact Phone Extension:
Loan Contact Email Address:nelnetcustomersolutions@nelnet.studentaid.gov
Loan Contact Web Site Address:https://nelnet.studentaid.gov
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Program School Name:Worcester State University
Program School OPEID:00219000
Program Cip Year:2020
Program Cip Code:261201
Program CIP Title:Biotechnology.
Program Credential Level Code:05
Program Credential Level Code Description:MASTER?S DEGREE
Program Begin Date:08/12/2016
Program Published Length in Years:2.7
Special Program Indicator Code:N
Special Program Indicator Description:NOT APPLICABLE
Program Status Code:W
Program Status Code Description:WITHDRAWN
Program Status Effective Date:05/16/2020
Program Status Code:H
Program Status Code Description:HALF TIME
Program Status Effective Date:07/11/2019
Program Status Code:F
Program Status Code Description:FULL TIME
Program Status Effective Date:05/20/2019
Program Status Code:H
Program Status Code Description:HALF TIME
Program Status Effective Date:01/22/2019
Program Status Code:H
Program Status Code Description:HALF TIME
Program Status Effective Date:09/05/2018
Program Status Code:L
Program Status Code Description:LESS THAN HALF TIME
Program Status Effective Date:01/29/2018
Program Status Code:H
Program Status Code Description:HALF TIME
Program Status Effective Date:01/17/2017
Program Status Code:L
Program Status Code Description:LESS THAN HALF TIME
Program Status Effective Date:08/12/2016
Program School Name:Massachusetts Bay Community College
Program School OPEID:00217100
Program Cip Year:2010
Program Cip Code:410101
Program CIP Title:Biology Technician/Biotechnology Laboratory Technician.
Program Credential Level Code:02
Program Credential Level Code Description:ASSOCIATE?S DEGREE
Program Begin Date:09/02/2014

Program Published Length in Years:2.0
Special Program Indicator Code:N
Special Program Indicator Description:NOT APPLICABLE
Program Status Code:W
Program Status Code Description:WITHDRAWN
Program Status Effective Date:05/16/2016
Program Status Code:L
Program Status Code Description:LESS THAN HALF TIME
Program Status Effective Date:01/19/2016
Program Status Code:F
Program Status Code Description:FULL TIME
Program Status Effective Date:01/20/2015
Program Status Code:Q
Program Status Code Description:THREE QUARTER TIME
Program Status Effective Date:09/02/2014
Award School Name:University of Massachusetts - Lowell
Award School OPEID:00216100
Award Earliest Disbursement Date:09/16/2016
Award Loan Period Begin Date:09/01/2016
Award Loan Period End Date:05/06/2017
Award Subsidized Usage:0.0
Award Subsidy Status:
Award School Name:George Washington University
Award School OPEID:00144400
Award Earliest Disbursement Date:08/19/2013
Award Loan Period Begin Date:08/26/2013
Award Loan Period End Date:12/19/2013
Award Subsidized Usage:0.0
Award Subsidy Status:
Award School Name:George Washington University
Award School OPEID:00144400
Award Earliest Disbursement Date:08/19/2013
Award Loan Period Begin Date:08/26/2013
Award Loan Period End Date:12/19/2013
Award Subsidized Usage:0.0
Award Subsidy Status:
Award School Name:George Washington University
Award School OPEID:00144400
Award Earliest Disbursement Date:08/20/2012
Award Loan Period Begin Date:08/28/2012
Award Loan Period End Date:05/14/2013
Award Subsidized Usage:0.0
Award Subsidy Status:
Award School Name:George Washington University
Award School OPEID:00144400
Award Earliest Disbursement Date:08/20/2012
Award Loan Period Begin Date:08/28/2012
Award Loan Period End Date:05/14/2013
Award Subsidized Usage:0.0
Award Subsidy Status:

```
Award School Name:George Washington University
Award School OPEID:00144400
Award Earliest Disbursement Date:01/10/2012
Award Loan Period Begin Date:08/29/2011
Award Loan Period End Date:05/15/2012
Award Subsidized Usage:0.0
Award Subsidy Status:
Enrolled School Name:University of Massachusetts at Boston
Enrolled School OPEID:00222200
Enrolled Status Code:W
Enrolled Status Code Description:WITHDRAWN
Enrolled Status Date:05/21/2021
Enrolled School Name:Worcester State University
Enrolled School OPEID:00219000
Enrolled Status Code:W
Enrolled Status Code Description:WITHDRAWN
Enrolled Status Date:05/16/2020
Enrolled School Name:Massachusetts Bay Community College
Enrolled School OPEID:00217100
Enrolled Status Code:W
Enrolled Status Code Description:WITHDRAWN
Enrolled Status Date:05/16/2016
Enrolled School Name:George Washington University
Enrolled School OPEID:00144400
Enrolled Status Code:G
Enrolled Status Code Description:GRADUATED
Enrolled Status Date:12/31/2013
```