# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### Eastern Division

| | |
|---|---|
| In re: ) | |
| ) | Bankr. Case No.: 24-11791-JEB |
| AMADA CALIZ, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| ) | |
| AMADA CALIZ, ) | Adv. Proc. No.: 24-01105-JEB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| EDUCATION, FEDERAL FAMILY ) | |
| EDUCATION LOAN PROGRAM, and ) | |
| NAVIENT, ) | |
| ) | |
| Defendants. ) | |

## NAVIENT SOLUTIONS, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOANS

Navient Solutions, LLC ("NSL"), on behalf of itself and named defendant "Navient," by and through its undersigned counsel, hereby provides its Answer to the allegations set forth in the *Complaint to Determine Dischargeability of Student Loans* of Amada Caliz ("Plaintiff") and states as follows:

### JURISDICTION

1.-2.   Admitted.

3.   Admitted that venue is proper. As to the balance of averments contained in this paragraph of Plaintiff's Complaint, at this time NSL is without information or knowledge

sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiff's Complaint and, therefore, denies same.

## NATURE OF CLAIM

4. Admitted.

5. This paragraph of Plaintiff's Complaint contains conclusion(s) of law, to which no response is required, but in an abundance of caution, is/are denied. It is specifically denied that the instant student loan dischargeability proceeding can be brought pursuant to 11 U.S.C. §523(a)(2).

## THE PARTIES

6.-7. At this time, NSL is without information or knowledge sufficient to form a belief as to the truth of the averments contained within these paragraphs of Plaintiff's Complaint and, therefore, denies same.

8. Admitted that the Plaintiff is indebted to NSL pursuant to the applicable terms of four (4) educational loans with a balance, as of the filing of the instant adversary proceeding, totaling approximately $195,726.64.

9. Admitted with respect to NSL. As to the balance of the averments contained within this paragraph of Plaintiff's Complaint, at this time NSL is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiff's Complaint and, therefore, denies same.

10. NSL is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiff's Complaint and, therefore, denies same.

## FACTS

11. Admitted that the Plaintiff is indebted to NSL on the educational loans identified in paragraph 8 above, and the NSL loans at issue were incurred to fund Plaintiff's attendance at George Washington University. As to the balance of the averments contained within this paragraph of Plaintiff's Complaint, at this time NSL is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiff's Complaint and, therefore, denies same.

12. At this time, NSL is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiff's Complaint and, therefore, denies same.

13. Admitted that the underlying Chapter 7 bankruptcy petition was filed on August 30, 2024, and that the Plaintiff is indebted to NSL on the educational loans identified in paragraph 8, above. As to the balance of the averments contained within this paragraph of Plaintiff's Complaint, at this time NSL is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiff's Complaint and, therefore, denies same.

14.-18. These paragraphs of Plaintiff's Complaint contain conclusions of law, to which no response is required, but in an abundance of caution, are denied. As to the remaining averments contained within these paragraphs of Plaintiff's Complaint, at this time NSL is without

information or knowledge sufficient to form a belief as to the truth of the averments contained within these paragraphs of Plaintiff's Complaint and, therefore, denies same.

## COUNT ONE

19. No response.

20. This paragraph of Plaintiff's Complaint contains statements of statutory law, to which no response is required. The statute speaks for itself.

21. This paragraph of Plaintiff's Complaint contains request(s) for relief, to which no response is required, but in an abundance of caution, is/are denied. To the extent any averments contained within this paragraph of Plaintiff's Complaint can be considered a statement of fact, such averments are similarly denied.

WHEREFORE, Navient Solutions, LLC respectfully requests judgment in its favor and against Plaintiff and such other relief as is just and equitable.

Respectfully submitted,

By:    /s/ *Richard L. Blumenthal*
Richard L. Blumenthal BBO #047150
Law Offices of Richard L. Blumenthal
343 Washington St., Suite 200
Newton, MA 02458
Telephone: (617) 527-1150
Facsimile: (617) 964-8676
Email: RichardLBlumenthal@gmail.com
Attorneys for Navient Solutions, LLC

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**Eastern Division**

| | |
|---|---|
| In re: ) | |
| ) | Bankr. Case No.: 24-11791-JEB |
| AMADA CALIZ, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| ) | |
| AMADA CALIZ, ) | Adv. Proc. No.: 24-01105-JEB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| EDUCATION, FEDERAL FAMILY ) | |
| EDUCATION LOAN PROGRAM, and ) | |
| NAVIENT, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I am more than 18 years of age and not a party to the matter concerning which service was accomplished. I further certify that on the 7th day of January, 2025, I served by ECF, a true and correct copy of Navient Solutions, LLC's Answer to Plaintiff's Complaint to Determine Dischargeability of Student Loans, upon the following:

Louis S. Haskell
16 Pine Street
Suite 2
Lowell, MA 01851
Email: lshlaw@live.com

And all other parties and representatives that receive ECF notice in this matter.

By:  /s/ *Richard L. Blumenthal*
Richard L. Blumenthal BBO #047150
Law Offices of Richard L. Blumenthal
343 Washington St., Suite 200
Newton, MA 02458
Telephone: (617) 527-1150
Facsimile: (617) 964-8676
Email: RichardLBlumenthal@gmail.com
Attorneys for Navient Solutions, LLC