UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>AMADA DANIELLE CALIZ,<br><br>    Debtor.<br><br>AMADA DANIELLE CALIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>    Defendant. | Case No. 24-11791-JEB<br>Chapter 7<br><br><br><br><br><br>Adv. Proc. No. 24-01105-JEB |

**STIPULATION AND AGREEMENT FOR JUDGMENT
DISCHARGING STUDENT LOAN INDEBTEDNESS**

Plaintiff Amada Danielle Caliz, and defendant United States Department of Education (the "DOE"), by and through its counsel, the United States Attorney's Office for the District of Massachusetts, (collectively, the "Parties") hereby stipulate and agree that:

1. This adversary proceeding seeks a determination pursuant to 11 U.S.C. § 523(a)(8) that the Plaintiff's student loan obligations to the DOE, in the aggregate amount of $35,225.00 as of December 16, 2024, are dischargeable on the grounds of undue hardship.

2. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334, and pursuant to Bankruptcy Rule 7001. This is a core proceeding as defined by 28 U.S.C. § 157(a)(2)(1). Venue of this adversary proceeding is appropriate in this court pursuant

to 28 U.S.C. § 1409.

3. On August 30, 2024, the Plaintiff filed a voluntary petition for relief under Chapter 7 of Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts as Case No. 24-11791-JEB.

4. On December 4, 2024, the Bankruptcy Court entered an Order granting the Plaintiff a discharge under 11 U.S.C. § 727.

5. On December 6, 2024, the Plaintiff filed the Complaint that commenced this adversary proceeding.

6. DOE has determined that sufficient evidence exists to find that the following conditions are satisfied with respect to the Plaintiff and the Student Loan Indebtedness: (a) the Plaintiff presently lacks an ability to repay the Student Loan Indebtedness; (b) the Plaintiff's inability to pay the Student Loan Indebtedness is likely to persist in the future; and (c) the Plaintiff has acted in good faith in the past in attempting to repay the Student Loan Indebtedness.

7. Accordingly, the Parties hereby stipulate that excepting the Student Loan Indebtedness from the Plaintiff's bankruptcy discharge would impose an undue hardship upon the Plaintiff within the meaning of 11 U.S.C. § 523(a)(8).

8. The plaintiff has reviewed this stipulation and agrees with its content.

9. Therefore, the Parties hereby stipulate and agree to entry of a Judgment declaring the Student Loan Indebtedness fully discharged pursuant to 11 U.S.C. § 523(a)(8).

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

LEAH B. FOLEY
United States Attorney

Date:  June 18, 2025       By:       /s/ Matthew M. Lyons
MATTHEW M. LYONS
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel. No. (617) 748-3100
Matthew.Lyons@usdoj.gov

And

AMADA DANIELLE CALIZ
By their counsel

/s/Louis S. Haskell
LOUIS S. HASKELL
Law Office of Louis S. Haskell
16 Pine Street, Suite 2
Lowell, MA 01851
(978) 459-8359
lshlaw@live.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>AMADA DANIELLE CALIZ,<br><br> Debtor. | Case No. 24-11791-JEB<br>Chapter 7 |
| AMADA DANIELLE CALIZ,<br><br> Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br> Defendant. | Adv. Proc. No. 24-01105-JEB |

## CERTIFICATE OF SERVICE

 I, Matthew M. Lyons, hereby state that the following document was electronically filed with the U.S. Bankruptcy Court for the District of Massachusetts by using the CM/ECF system. The following document was electronically sent to the parties who are currently on the list to receive e-mail notices in this case.

Date: June 18, 2025           /s/ Matthew M. Lyons
                       MATTHEW M. LYONS
                       Assistant United States Attorney