UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>AMADA DANIELLE CALIZ,<br><br>    Debtor. | Case No. 24-11791-JEB<br>Chapter 7 |
| AMADA DANIELLE CALIZ,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>    Defendant. | Adv. Proc. No. 24-01105-JEB |

## **MOTION TO APPROVE STIPULATION**

For the reasons stated in the stipulation, plaintiff Amada Danielle Caliz, and defendant U.S. Department of Education (the "DOE"), hereby request that the Court enter an order approving the stipulation and enter judgment, pursuant to 11 U.S.C. § 523(a)(8), in favor of the plaintiff and against the defendant.

The plaintiff has reviewed this motion, the stipulation, and proposed judgment, and assents to the relief requested.

WHEREFORE, the parties request that the Court enter an order approving the stipulation and enter judgment.

                                              Respectfully submitted,

                                              UNITED STATES OF AMERICA
                                              By its attorneys

                                              LEAH B. FOLEY
                                              United States Attorney

Date:   June 18, 2025                  By:    /s/ Matthew M. Lyons
                                              MATTHEW M. LYONS
                                              Assistant United States Attorney
                                              1 Courthouse Way, Suite 9200
                                              Boston, MA 02210
                                              Tel. No. (617) 748-3100
                                              Matthew.Lyons@usdoj.gov

And

                                              AMADA DANIELLA CALIZ
                                              By their counsel

                                              /s/Louis S. Haskell
                                              LOUIS S. HASKELL
                                              Law Office of Louis S. Haskell
                                              16 Pine Street, Suite 2
                                              Lowell, MA 01851
                                              (978) 459-8359
                                              lshlaw@live.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>AMADA DANIELLE CALIZ,<br><br>    Debtor. | Case No. 24-11791-JEB<br>Chapter 7 |
| AMADA DANIELLE CALIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>    Defendant. | Adv. Proc. No. 24-01105-JEB |

## CERTIFICATE OF SERVICE

     I, Matthew M. Lyons, hereby state that the following document was electronically filed with the U.S. Bankruptcy Court for the District of Massachusetts by using the CM/ECF system. The following document was electronically sent to the parties who are currently on the list to receive e-mail notices in this case.

Date:  June 18, 2025                                        /s/ Matthew M. Lyons
                                                                               MATTHEW M. LYONS
                                                                               Assistant United States Attorney